MYA SARAY, LLC, Plaintiff-Appellant

v.

Ibrahim DABES, dba Dabes Egyptian
Imports, Defendant

Alla Allabadie, dba World Smoke Shop, dba Shisha Center, Defendant-Appellee

2017-1044

United States Court of Appeals, Federal Circuit.

January 10, 2018

MICHAEL KEITH BLANKENSHIP, Da Vinci's Notebook, LLC, Bristow, VA, argued for plaintiff-appellant.

JOHN E. LORD, One LLP, Beverly Hills, CA, argued for defendant-appellee.

(Lourie, Wallach, and Stoll, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**